1
2                        **UNITED STATES DISTRICT COURT**
3                        **EASTERN DISTRICT OF WASHINGTON**
4

5  CHERYL M. AMY,                    )
                                     )
6           Plaintiff,                )
                                     )           NO. CV-11-319-FVS
7      vs.                            )
                                     )           **JUDGMENT IN A**
8  MICHAEL J. ASTRUE,                )           **CIVIL CASE**
   Commissioner of Social Security,   )
9                                    )
            Defendant.                )
10                                   )
   _____)
11

12      **DECISION BY THE COURT:**

13      This action came to hearing before the court. The issues have been heard

14  and a decision has been rendered.

15      **IT IS ORDERED AND ADJUDGED** that:

16      Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

18      DATED this 7th day of December, 2013.

19                                              SEAN F. McAVOY
                                                Clerk of Court
20

21

22                                       by:    s/Penny Lamb
                                                Deputy Clerk
23

24

25  cc: all counsel

26